■ In the Matter of MARCOS C. and Others, Children Al-

leged to be Abused. WANDA O.-V., Appellant; COMMISSIONER OF SOCIAL SERVICES, Respondent, et al., Respondent.—Orders of disposition, Family Court, New York County (George L. Jurow, J.), entered April 29, 1991, which, *inter alia,* placed the subject children in the custody of petitioner for one year, following a fact-finding determination that respondent-appellant had abused and neglected the children, unanimously affirmed, without costs.

There was ample evidence submitted to show an ongoing pattern of serious physical violence warranting a finding of abuse (Family Ct Act § 1012 [e] [ii]; *see, Matter of Bruce L.,* 140 Misc 2d 757, 761). The out-of-court statements of the children coupled with the corroborative testimony and exhibits, including medical and agency reports, sufficed to show, by a preponderance of the evidence, that the children were in serious physical as well as emotional danger *(see, Matter of Linda K.,* 132 AD2d 149, 156-157, *lv denied* 70 NY2d 616). Respondent also is responsible for the acts of abuse allowed to be committed by the children's stepfather *(see, Matter of F. Children,* 178 AD2d 246). It was not error for the court to admit evidence concerning treatment of the children prior to the time of the events at issue *(see, Matter of Fred S.,* 66 Misc 2d 683, 685-686). Concur—Sullivan, J. P., Carro, Milonas and Kupferman, JJ.